IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH SCOTT RODGERS,

          Petitioner,               No. CIV S-10-0581 GGH P

     vs.

GARY SWARTHOUT, et al.,

          Respondents.        ORDER

_____/

          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

          Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

/////

/////

/////

/////

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  Petitioner shall submit, within twenty-eight days from the date of this order, an

3  affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

4  petitioner's failure to comply with this order will result in the dismissal of this action;

5    2.  The Clerk of the Court is directed to send petitioner a copy of the in forma

6  pauperis form used by this district;

7    3.  Respondents are directed to file a response to petitioner's habeas petition

8  within sixty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An

9  answer shall be accompanied by all transcripts and other documents relevant to the issues

10  presented in the petition.  See Rule 5, Fed. R. Governing § 2254 Cases;

11    4.  If the response to the habeas petition is an answer, petitioner's reply, if any,

12  shall be filed and served within twenty-eight days after service of the answer;

13    5.  If the response to the habeas petition is a motion, petitioner's opposition or

14  statement of non-opposition to the motion shall be filed and served within twenty-eight days after

15  service of the motion, and respondents' reply, if any, shall be filed and served within fourteen

16  days thereafter; and

17    6.  The Clerk of the Court shall serve a copy of this order, *the*

18  *consent/reassignment form contemplated by Appendix A(k) to the Local Rules of this court*

19  together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on

20  Michael Patrick Farrell,  Senior Assistant Attorney General.

21  DATED: April 1, 2010

22

23    /s/ Gregory G. Hollows

_____

24    GREGORY G. HOLLOWS
     UNITED STATES MAGISTRATE JUDGE

25  GGH:md
    rodg0581.100.ifp

26

2