IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH SCOTT RODGERS,

     Petitioner,                   No. CIV S-10-0581 JAM GGH P

    vs.

GARY SWARTHOUT, et al.,

     Respondent.               <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On August 24, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1          1.  The findings and recommendations filed August 24, 2010 (docket # 19), are adopted in full; and

2          2.  Petitioner's motion for a preliminary injunction, filed on June 18, 2010 (docket # 14), is denied, and his claim for relief with respect to Marsy's Law (grounds 1 and 2 above involving the deferred parole eligibility hearing date) is stricken without prejudice to their resolution in the Gilman class action.

DATED: September 29, 2010.

        /s/ John A. Mendez
        UNITED STATES DISTRICT JUDGE

/rodg0581.800